UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| KIMBERLY HUDSON, | § |
| Plaintiff, | § § § |
| | §  Case No.: 4:20-cv-01039-O |
| v. | § § |
| WESSON FOR SUPERVISOR 2020, | § § |
| Defendant | § § |

## MOTION FOR DEFAULT JUDGMENT

Now comes Plaintiff, by and through counsel, pursuant to Federal Rule of Civil Procedure 55(b), and respectfully moves the Court to enter judgment against Defendant. Plaintiff respectfully requests that this Court enter judgment against Defendant for $18,000.00. A Default Judgment against Defendant is appropriate since Defendant failed to file an Answer the Complaint. Plaintiff's request for default is currently pending before this Court. See Docket Entry 10. Further reasons are included in the attached Memorandum in Support.

RESPECTFULLY SUBMITTED,

DATED: 12/16/2020         KIMMEL & SILVERMAN, P.C..

By: /s/ Amy L. B. Ginsburg
Amy L. B. Ginsburg
Kimmel & Silverman, P.C
30 E. Butler Avenue
Ambler, PA 19002
Phone: (215) 540-8888
Facsimile (215) 540-8817
Email: teamkimmel@creditlaw.com

## **CERTIFICATE OF SERVICE**

      I certify that on December 16, 2020, I electronically filed the foregoing document with the clerk of the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. Copy of the foregoing will also be sent to the Defendant at the following address:

    Wesson for Supervisor 2020
    1801 Century Park East. Ste. 1132
    Los Angeles, CA 90067

                                                 /s/ Amy L. B. Ginsburg
                                                 Amy L. B. Ginsburg